**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOMMY COLE, | Case No. CV 21-00093-GW (RAO) |
|        Petitioner, | |
|    v. | JUDGMENT |
| UNKNOWN, | |
|        Respondent. | |

Pursuant to the Court's Order Denying Application and Dismissing Action Without Prejudice,

IT IS ORDERED AND ADJUDGED that the Application is denied, and this action is dismissed without prejudice.

DATED:  March 10, 2021

_____

GEORGE H. WU
UNITED STATES DISTRICT JUDGE